**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIANO J. PIMENTEL, ET AL.,

Plaintiffs,

v.

B.N. DEVELOPMENT COMPANY, INC., ET AL.,

Defendants.
                                                                /

No. C 07-80074 WHA

**SCHEDULING ORDER ON MOTION TO QUASH**

Third-party respondents Bartko, Zenkel, Tarrant & Miller, a professional corporation, and John J. Bartko, personally, have filed a motion to quash subpoenas and for a protective order. Any party opposing the motion to quash or for protective order must do so by **TUESDAY, MARCH 20, 2007**. If any opposition is filed, a hearing on the motion will be held at **3:00 P.M.** on **THURSDAY, MARCH 22**. Third-party respondents are hereby ordered to serve this order and all relevant documents on the parties in the underlying action.

**IT IS SO ORDERED.**

Dated: March 16, 2007

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE